ACCEPTED
06-15-00069-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:30:07 PM
DEBBIE AUTREY
CLERK

No. 06-15-00069-CR

IN The Sixth Court of Appeals

Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 3:30:07 PM
DEBBIE AUTREY
Clerk

TEMIKA CHARNETTE OWENS,

Appellant,

V.

THE STATE OF TEXAS,

Appellee.

First Unopposed Motion for Extension of Time

to File Appellant's Brief

TO THE HONORABLE SIXTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Temika Charnette Owens, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's brief is currently due on July 27, 2015. Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on August 26, 2015. This is the first request for extension of time to file Appellant's Brief.

1

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> It has just come to the attention of counsel for Appellant that the Reporter's Record in this cause is incomplete. Counsel today realized that the portion of the Record which should contain the reading of the verdict by the foreman of the jury is absent. Counsel has attempted to contact the court reporter, and was notified by personnel of the 4th District Court of Rusk County that the court reporter is expected to be away from her office until sometime next week.

Counsel for Appellant seeks this extension of time because it is necessary to review the entire record in order to prepare a cogent Brief. Appellant believes a 30 day extension should give the court reporter enough time to supplement the record with that portion which was omitted. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and opposing counsel has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no

verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including August 26, 2015. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,

_____
Jeff T. Jackson
SBOT No. 24069976
736-A Hwy 259 N.
Kilgore, TX 75662
Phone:    903-654-3362
Fax:      817-887-4333
*Attorney for Appellant,*
      *Temika Charnette Owens*

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned conferred with opposing counsel, who indicated that his client does NOT oppose this motion.

_____
Jeff T. Jackson

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on December 12, 2014, a copy of this motion was mailed via first class U.S. mail, postage prepaid, to the following:

Micheal Jimerson:
Rusk County District Attorney
SBOT: 00789406
115 N. Main St.
Henderson, TX 75652

_____
Jeff T. Jackson

4